**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC., | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 19 cv 5919 |
| v. | ) | |
| | ) | Hon. John Robert Blakey |
| XSPIRE PHARMA, LLC, doing business as | ) | |
| Saver Express; | ) | |
| GENTEX PHARMA, LLC; | ) | |
| WRASER, LLC; | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**SECOND AMENDED COMPLAINT – CLASS ACTION**

**MATTERS COMMON TO MULTIPLE COUNTS**

**INTRODUCTION**

1.      Plaintiff Glen Ellyn Pharmacy, Inc.,  brings this action to secure redress for the

actions of defendants Xspire Pharma, LLC, doing business as Saver Express; Gentex Pharma,

LLC; and Wraser, LLC in sending or causing the sending of unsolicited advertisements (Exhibit

A) to telephone facsimile machines in violation of the Telephone Consumer Protection Act, 47

U.S.C. §227 ("TCPA"),  the Illinois Consumer Fraud Act, 815 ILCS 505/2 ("ICFA"), and the

common law.

2.      The TCPA expressly prohibits unsolicited fax advertising.  Unsolicited fax

advertising damages the recipients.  The recipient is deprived of its paper and ink or toner and

the use of its fax machine.  The recipient also wastes valuable time it would have spent on

something else.  Unsolicited faxes prevent fax machines from receiving and sending authorized

1

faxes, cause wear and tear on fax machines, and require labor to attempt to identify the source and purpose of the unsolicited faxes.

## PARTIES

3.      Plaintiff Glen Ellyn Pharmacy, Inc., is an Illinois corporation with offices in Glen Ellyn, Illinois, where it maintains a telephone facsimile machine that automatically prints on paper using toner/ ink.

4.      Defendant Xspire Pharma, LLC is a Mississippi limited liability company with principal offices at 121 Marketridge Drive, Suite B, Ridgeland, Mississippi 39157.  It sometimes does business as Saver Express.  (Exhibit B)  Mr. Ford Mundy is the Manager, Member and President of Xspire Pharma, LLC.   (Exhibit C)

5.      Defendant Gentex Pharma, LLC is a Mississippi limited liability company with principal offices at 121 Marketridge Drive, Suite C, Ridgeland, Mississippi 39157.  Mr. Ford Mundy is the registered agent of Gentex Pharma, LLC; Heath Wray is the Manager, and Linda Dove the Secretary (Exhibit D) In addition, Ford Mundy holds himself out to Dun & Bradstreet as President (Exhibit E) and on the National Provider Index as the owner and person in charge (Exhibit F).

6.      Defendant Wraser, LLC is a Mississippi limited liability company with principal offices at 121 Marketridge Drive, Suite C, Ridgeland, Mississippi 39157. Its website lists Ford Mundy as a principal contact for "information on product partnering or investment opportunities..."

7.      Gentex Pharma, LLC uses the fax number (601) 510-9318 (Exhibit G).

8.      Gentex Pharma, LLC sells products listed in Exhibit A, including HyGel and

2

Entex T (Exhibit H).

9.      Xspire Pharma, LLC uses the fax number (601) 510-9318 (Exhibit I).

10.     Xspire Pharma, LLC sells products listed in Exhibit A, including Entex. (Exhibit J)

11.     Both Xspire Pharma and Gentex Pharma are listed as packagers of Fenoprofen Calcium, listed in Exhibit A.  (Exhibit K)

12.     Wraser, LLC identifies at least one of the products listed in Exhibit A as a product of Wraser LLC. (Exhibit L)

13.     John Does 1-10 are other natural or artificial persons that were involved in the sending of the facsimile advertisements described below.  Plaintiff does not know who they are.

## JURISDICTION AND VENUE

14.     This Court has jurisdiction under 28 U.S.C. §§1331 and 1367.    *Mims v. Arrow Financial Services, LLC*, 132 S. Ct. 740, 751-53 (2012);  *Brill v. Countrywide Home Loans, Inc.*, 427 F.3d 446  (7th Cir. 2005).

15.     Personal jurisdiction exists under 735 ILCS 5/2-209, in that defendants:

        a.      Have committed tortious acts in Illinois by causing the transmission of
                unlawful communications into the state.

        b.      Have transacted business in Illinois.

16.      Venue in this District is proper for the same reason.

## FACTS

17.     On August 7, 2019 Glen Ellyn Pharmacy, Inc., received the unsolicited fax advertisement attached as Exhibit A on its facsimile machine.

3

18.     Exhibit A contains offers of pharmaceutical products by Defendants.

19.     The contact email on Exhibit A (fjm@gentexrx.com) is that of Mr. Ford Mundy at Gentex Pharma.

20.     The "sender" on the first page of Exhibit A and the header on each page is listed as "Saver Express."

21.     Defendants are responsible for sending or causing the sending of the fax.

22.     On information and belief, the various products offered in the fax are sold by Xspire Pharma, LLC, Gentex Pharma, LLC and Wraser, LLC,  acting in concert.

23.     Discovery may reveal the transmission of additional faxes as well.

24.     Defendants, as the entities whose products or services were advertised  in the fax, derived economic benefit from the sending of the fax.

25.     Defendants either negligently or wilfully violated the rights of plaintiff and other recipients in sending the faxes.

26.     Plaintiff had no prior relationship with defendants and had not authorized the sending of fax advertisements to plaintiff.

27.     On information and belief, the faxes attached hereto were sent as part of a mass broadcasting of faxes.

28.     The faxes do not contain an "opt out" notice that complies with 47 U.S.C. §227.

29.     On information and belief, defendants have transmitted similar unsolicited fax advertisements to at least 40 other persons in Illinois.

30.     There is no reasonable means for plaintiff or other recipients of defendants' unsolicited advertising faxes to avoid receiving illegal faxes.  Fax machines must be left on and

4

ready to receive the urgent communications authorized by their owners.

## COUNT I – TCPA

31.    Plaintiff incorporates ¶¶ 1-30.

32.    The TCPA makes unlawful the "use of any telephone facsimile machine, computer or other device to send an unsolicited advertisement to a telephone facsimile machine ..." 47 U.S.C. §227(b)(1)(C).

33.    The TCPA,  47 U.S.C. §227(b)(3), provides:

**Private right of action.**

**A person or entity may, if otherwise permitted by the laws or rules of court of a State, bring in an appropriate court of that State–**

**(A)  an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,**

**(B)  an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or**

**(C)  both such actions.**

**If the Court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under the subparagraph (B) of this paragraph.**

34.    Plaintiff and each class member suffered damages as a result of receipt of the unsolicited faxes, in the form of paper and ink or toner consumed as a result.  Furthermore, plaintiff's statutory right of privacy was invaded.

35.    Plaintiff and each class member is entitled to statutory damages.

36.    Defendants violated the TCPA even if their actions were only negligent.

37.     Defendants should be enjoined from committing similar violations in the future.

## CLASS ALLEGATIONS

38.     Pursuant to Fed.R.Civ.P. 23(a) and (b)(3), plaintiff brings this claim on behalf of a class, consisting of (a) all persons (b) who, on or after a date four years prior to the filing of this action (28 U.S.C. §1658), (c) were sent faxes by or on behalf of defendants Xspire Pharma, LLC; Gentex Pharma, LLC; or Wraser, LLC promoting their goods or services for sale (d) where defendants do not have evidence of consent or an established business relationship prior to the sending of the faxes.

39.     The class is so numerous that joinder of all members is impractical.  Plaintiff alleges on information and belief that there are more than 40 members of the class.

40.     There are questions of law and fact common to the class that predominate over any questions affecting only individual class members.  The predominant common questions include:

    a.      Whether defendants engaged in a pattern of sending unsolicited fax advertisements;

    b.      The manner in which defendants compiled or obtained the list of fax numbers;

    c.      Whether defendants thereby violated the TCPA;

41.     Plaintiff will fairly and adequately protect the interests of the class. Plaintiff has retained counsel experienced in handling class actions and claims involving unlawful business practices.  Neither plaintiff nor plaintiff's counsel have any interests which might cause them not to vigorously pursue this action.

42.     Plaintiff's claims are typical of the claims of the class members.  All are based on the same factual and legal theories.

43.     A class action is the superior method for the fair and efficient adjudication of this controversy.  The interest of class members in individually controlling the prosecution of separate claims against defendants is small because it is not economically feasible to bring individual actions.

44.     Numerous courts have certified class actions under the TCPA.  *Holtzman v. Turza,* No. 08 C 2014, 2009 WL 3334909 (N.D.Ill. Oct. 14, 2009), *aff'd in part, rev'd in part, vacated in part,* 728 F.3d 682 (7th Cir. 2013); *Ballard RN Center, Inc. v. Kohll's Pharmacy and Homecare, Inc.* 2015 IL 118644, 48 N.E.3d 1060; *American Copper & Brass, Inc. v. Lake City Indus. Products, Inc.*, 757 F.3d 540, 544 (6th Cir. 2014); *In re Sandusky Wellness Center, LLC*, 570 Fed.Appx. 437, 437 (6th Cir. 2014); *Sandusky Wellness Center, LLC v. Medtox Scientific, Inc.*, 821 F.3d 992, 998 (8th Cir. 2016); *Sadowski v. Med1 Online, LLC,* No. 07 C 2973, 2008 WL 2224892 (N.D.Ill. May 27, 2008); *CE Design Ltd. v. Cy's Crabhouse North, Inc.,* 259 F.R.D. 135 (N.D.Ill. 2009); *Targin Sign Systems, Inc. v. Preferred Chiropractic Center, Ltd.,* 679 F.Supp.2d 894 (N.D.Ill. 2010); *Garrett v. Ragle Dental Laboratory, Inc.,* No. 10 C 1315, 2010 WL 4074379 (N.D.Ill. Oct. 12, 2010); *Hinman v. M&M Rental Center, Inc.,* 545 F.Supp.2d 802 (N.D.Ill. 2008); *Clearbrook v. Rooflifters, LLC,* No. 08 C 3276, 2010 U.S.Dist. LEXIS 72902 (N.D.Ill. July 20, 2010) (Cox, M.J.); *G.M. Sign, Inc. v. Group C Communications, Inc.,* No. 08-cv-4521, 2010 WL 744262 (N.D.Ill. Feb. 25, 2010); *Kavu, Inc. v. Omnipak Corp.,* 246 F.R.D. 642 (W.D.Wash. 2007); *Display South, Inc. v. Express Computer Supply, Inc.,* 961 So.2d 451, 455 (La.App. 2007); *Display South, Inc. v. Graphics House Sports Promotions, Inc.,* 992

So.2d 510 (La.App. 2008); *Lampkin v. GGH, Inc.,* 146 P.3d 847 (Ok.App. 2006); *ESI Ergonomic Solutions, LLC v. United Artists Theatre Circuit, Inc.,* 203 Ariz. 94, 50 P.3d 844 (2002); *Core Funding Group, LLC v. Young,* 792 N.E.2d 547 (Ind.App. 2003); *Critchfield Physical Therapy v. Taranto Group, Inc.,* 293 Kan. 285, 263 P.3d 767 (2011); *Karen S. Little, L.L.C. v. Drury Inns, Inc.,* 306 S.W.3d 577 (Mo.App. 2010); *Lindsay Transmission, LLC v. Office Depot, Inc.,* No. 4:12-CV-221 (CEJ), 2013 WL 275568 (E.D.Mo. Feb. 24, 2013).

45.     Management of this class action is likely to present significantly fewer difficulties that those presented in many class actions, e.g. for securities fraud.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and the class and against defendants for:

      a.    Actual damages;

      b.    Statutory damages;

      c.    An injunction against the further transmission of unsolicited fax advertising;

      d.    Costs of suit;

      e.    Such other or further relief as the Court deems just and proper.

## COUNT II – ILLINOIS CONSUMER FRAUD ACT

46.     Plaintiff incorporates ¶¶ 1-30.

47.     Defendants engaged in unfair acts and practices, in violation of ICFA § 2, 815 ILCS 505/2, by sending unsolicited fax advertising to plaintiff and others.

48.     Unsolicited fax advertising is contrary to the TCPA and also Illinois law.  720 ILCS 5/26-3(b) makes it a petty offense to transmit unsolicited fax advertisements to Illinois residents.

49. Defendants engaged in an unfair practice and an unfair method of competition by engaging in conduct that is contrary to public policy, unscrupulous, and caused injury to recipients of their advertising.

50. Plaintiff and each class member suffered damages as a result of receipt of the unsolicited faxes, in the form of paper and ink or toner consumed as a result.

51. Defendants engaged in such conduct in the course of trade and commerce.

52. Defendants' conduct caused recipients of their advertising to bear the cost thereof. This gave defendant an unfair competitive advantage over businesses that advertise lawfully, such as by direct mail. For example, an advertising campaign targeting one million recipients would cost $500,000 if sent by U.S. mail but only $20,000 if done by fax broadcasting. The reason is that instead of spending $480,000 on printing and mailing his ad, the fax broadcaster misappropriates the recipients' paper and ink. "Receiving a junk fax is like getting junk mail with the postage due". Remarks of Cong. Edward Markey, 135 Cong Rec E 2549, Tuesday, July 18, 1989, 101st Cong. 1st Sess.

53. Defendants' shifting of advertising costs to plaintiff and the class members in this manner makes such practice unfair. In addition, defendants' conduct was contrary to public policy, as established by the TCPA and Illinois statutory and common law.

54. Defendants should be enjoined from committing similar violations in the future.

## CLASS ALLEGATIONS

55. Pursuant to Fed.R.Civ.P. 23(a) and (b)(3), plaintiff brings this claim on behalf of a class, consisting of (a) all persons with Illinois fax numbers (b) who, on or after a date three years prior to the filing of this action, (c) were sent faxes by or on behalf of defendants Xspire

9

Pharma, LLC; Gentex Pharma, LLC; or Wraser, LLC promoting their goods or services for sale (d) where defendants do not have evidence of consent or an established business relationship prior to the sending of the faxes.

56.     The class is so numerous that joinder of all members is impractical.  Plaintiff alleges on information and belief that there are more than 40 members of the class.

57.     There are questions of law and fact common to the class that predominate over any questions affecting only individual class members.  The predominant common questions include:

        a.     Whether defendants engaged in a pattern of sending unsolicited fax advertisements;

        b.     Whether defendants thereby engaged in unfair acts and practices, in violation of the ICFA.

58.     Plaintiff will fairly and adequately protect the interests of the class. Plaintiff has retained counsel experienced in handling class actions and claims involving unlawful business practices.  Neither plaintiff nor plaintiff's counsel have any interests which might cause them not to vigorously pursue this action.

59.     Plaintiff's claims are typical of the claims of the class members.  All are based on the same factual and legal theories.

60.     A class action is the superior method for the fair and efficient adjudication of this controversy.  The interest of class members in individually controlling the prosecution of separate claims against defendant is small because it is not economically feasible to bring individual actions.

61.     Management of this class action is likely to present significantly fewer difficulties that those presented in many class actions, e.g. for securities fraud.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and the class and against defendants for:

        a.     Appropriate damages;

        b.     An injunction against the further transmission of unsolicited fax advertising;

        c.     Attorney's fees, litigation expenses and costs of suit;

        d.     Such other or further relief as the Court deems just and proper.

## COUNT III – CONVERSION

62.     Plaintiff incorporates ¶¶ 1-30.

63.     By sending plaintiff and the class members unsolicited faxes, defendants converted to their  own use ink or toner and paper belonging to plaintiff and the class members.

64.     Immediately prior to the sending of the unsolicited faxes, plaintiff and the class members owned and had an unqualified and immediate right to the possession of the paper and ink or toner used to print the faxes.

65.     By sending the unsolicited faxes, defendants appropriated to their own use the paper and ink or toner used to print the faxes and used them in such manner as to make them unusable.  Such appropriation was wrongful and without authorization.

66.     Defendants knew or should have known that such appropriation of the paper and ink or toner was wrongful and without authorization.

67.     Plaintiff and the class members were deprived of the paper and ink or toner, which could no longer be used for any other purpose.   Plaintiff and each class member thereby

suffered damages as a result of receipt of the unsolicited faxes.

68.     Defendants should be enjoined from committing similar violations in the future.

**CLASS ALLEGATIONS**

69.     Pursuant to Fed.R.Civ.P. 23(a) and (b)(3), plaintiff brings this claim on behalf of a class, consisting of (a) all persons with Illinois fax numbers (b) who, on or after a date five years prior to the filing of this action, (c) were sent faxes by or on behalf of defendants Xspire Pharma, LLC; Gentex Pharma, LLC; or Wraser, LLC promoting their goods or services for sale (d) where defendants do not have evidence of consent or an established business relationship prior to the sending of the faxes.

70.     The class is so numerous that joinder of all members is impractical.  Plaintiff alleges on information and belief that there are more than 40 members of the class.

71.     There are questions of law and fact common to the class that predominate over any questions affecting only individual class members.  The predominant common questions include:

> a.     Whether defendants engaged in a pattern of sending unsolicited fax advertisements;
>
> b.     Whether defendants thereby converted the property of plaintiff.

72.     Plaintiff will fairly and adequately protect the interests of the class. Plaintiff has retained counsel experienced in handling class actions and claims involving unlawful business practices.  Neither plaintiff nor plaintiff's counsel have any interests which might cause them not to vigorously pursue this action.

73.     Plaintiff's claims are typical of the claims of the class members.  All are based on

12

the same factual and legal theories.

74.     A class action is the superior method for the fair and efficient adjudication of this controversy.  The interest of class members in individually controlling the prosecution of separate claims against defendant is small because it is not economically feasible to bring individual actions.

75.     Management of this class action is likely to present significantly fewer difficulties that those presented in many class actions, e.g. for securities fraud.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and the class and against defendants for:

a.     Appropriate damages;

b.     An injunction against the further transmission of unsolicited fax advertising;

c.     Costs of suit;

d.     Such other or further relief as the Court deems just and proper.

## COUNT IV – TRESPASS TO CHATTELS

76.     Plaintiff incorporates ¶¶ 1-30.

77.     Plaintiff and the class members were entitled to possession of the equipment they used to receive faxes.

78.     Defendants' sending plaintiff and the class members unsolicited faxes interfered with their use of the receiving equipment and constitutes a trespass to such equipment.  *Chair King v. Houston Cellular*, 95cv1066, 1995 WL 1693093 at *2 (S.D. Tex. Nov. 7, 1995) (denying a motion to dismiss with respect to plaintiff's trespass to chattels claim for unsolicited faxes), vacated on jurisdictional grounds 131 F.3d 507 (5th Cir. 1997).

13

79.     Defendants acted either intentionally or negligently in engaging in such conduct.

80.     Plaintiff and each class member suffered damages as a result of receipt of the unsolicited faxes.

81.     Defendants should be enjoined from continuing trespasses.

## CLASS ALLEGATIONS

82.     Pursuant to Fed.R.Civ.P. 23(a) and (b)(3), plaintiff brings this claim on behalf of a class, consisting of (a) all persons with Illinois fax numbers (b) who, on or after a date five years prior to the filing of this action, (c) were sent faxes by or on behalf of  Xspire Pharma, LLC; Gentex Pharma, LLC; or Wraser, LLC promoting their goods or services for sale (d) where defendants do not have evidence of consent or an established business relationship prior to the sending of the faxes.

83.     The class is so numerous that joinder of all members is impractical.  Plaintiff alleges on information and belief that there are more than 40 members of the class.

84.     There are questions of law and fact common to the class that predominate over any questions affecting only individual class members.  The predominant common questions include:

      a.     Whether defendants engaged in a pattern of sending unsolicited fax advertisements;

      b.     Whether defendants thereby committed a trespass to chattels.

85.     Plaintiff will fairly and adequately protect the interests of the class. Plaintiff has retained counsel experienced in handling class actions and claims involving unlawful business practices.  Neither plaintiff nor plaintiff's counsel have any interests which might cause them not

to vigorously pursue this action.

86.     Plaintiff's claims are typical of the claims of the class members.  All are based on the same factual and legal theories.

87.     A class action is the superior method for the fair and efficient adjudication of this controversy.  The interest of class members in individually controlling the prosecution of separate claims against defendants is small because it is not economically feasible to bring individual actions.

88.     Management of this class action is likely to present significantly fewer difficulties that those presented in many class actions, e.g. for securities fraud.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and the class and against defendants for:

a.      Appropriate damages;

b.      An injunction against the further transmission of unsolicited fax advertising;

c.      Costs of suit;

d.      Such other or further relief as the Court deems just and proper.


                    /s/ Daniel A. Edelman
                    Daniel A. Edelman

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

15

## <u>NOTICE OF LIEN AND ASSIGNMENT</u>

Please be advised that we claim a lien upon any  recovery herein for 1/3 or such amount as a court awards.   All rights relating to attorney's fees have been assigned to counsel.


<u>/s/ *Daniel A. Edelman*</u>
Daniel A. Edelman


Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

I, Daniel A. Edelman, hereby certify that on October 28, 2020 I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, and caused notice to be sent to all counsel of record and to the following party by the means stated:

**BY PROCESS SERVER**
Wraser, LLC
121 Marketridge Drive, Suite C
Ridgeland, Mississippi 39157.


_s/ Daniel A. Edelman_
Daniel A. Edelman

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

**EXHIBIT A**

# FAX COVER SHEET

| TO | |
|---|---|
| COMPANY | |
| FAX NUMBER | 16304698590 |
| FROM | Saver Express |
| DATE | 2019-08-07 11:03:54 EDT |
| RE | New Product Alert |

COVER MESSAGE

08-09-19P02:12 RCVD



## AVAILABLE NOW - *MAXIMUM PHARMACY PROFITABILITY*

**Gentex Pharma is pleased to offer Cetraxal® (ciprofloxacin otic solution) 0.2% for swimmer's ear!**

| | |
|---|---|
| **FDA Name:** | **Cetraxal®** |
| **Active Ingredient:** | **Ciprofloxacin Otic Solution, 0.2%** |
| **NDC:** | **66992-0450-14** |
| **AWP:** | **$649.11** |
| **Dating:** | **3 years** |
| **Package:** | **1 Carton = 14 Vials (BID Dosing x 7 Days), Good for 1 Ear** |
| | ***Two Cartons Needed for Bilateral Infections.*** |

## www.cetraxal.net
## Questions:  fjm@gentexrx.com

### *Wholesale Availability at: Wellgistics*

# HiDex® 6-Day Steroid Pack
## (dexamethasone 1.5mg)

---

## AVAILABLE NOW – *MAXIMUM PHARMACY PROFITABILITY*

**Gentex Pharma is pleased to offer HiDex® (dexamethasone 1.5mg) a proven oral corticosteroid for inflammation.**

| | |
|---|---|
| **FDA Name:** | **HiDex® 6-Day** |
| **Active Ingredient:** | **Dexamethasone 1.5mg** |
| **NDC:** | **15014-0211-21** |
| **AWP:** | **$699.00** |
| **Dating:** | **2 years** |
| **Package:** | **1 6-Day Pack = 21 Tapered Tablets** |
| | ***Two packs needed for harder to treat inflammation.*** |

## Questions:  fjm@gentexrx.com

## *Wholesale Availability at: Redmond and Greer, Wellgistics, Real Value Rx*



## AVAILABLE NOW – *MAXIMUM PHARMACY PROFITABILITY*

**Gentex Pharma is pleased to offer topical HyGel (sodium hyaluronate 2.5%), a topical prescription for wound healing and various dermatoses.**

| | |
|---|---|
| **FDA Name:** | **HyGel™ Topical** |
| **Active Ingredient:** | **Sodium Hyaluronate** |
| **NDC:** | **15014-0105-40** |
| **AWP:** | **$699.00** |
| **Dating:** | **2 years** |
| **Package:** | **Supplied in 4 10g tubes (40g).** |
| | ***120g needed for larger wounds and dermatoses.*** |

## www.hygeltopical.com
## Questions:  fjm@gentexrx.com

*Wholesale Availability at: Wellgistics, Redmond and Greer, Real Value Rx, Safe Chain*

# Fenoprofen Calcium, 400mg (NSAID)

---

## AVAILABLE NOW – *MAXIMUM PHARMACY PROFITABILITY*

**Gentex Pharma is pleased to offer Fenoprofen Calcium, 400mg with T.I.D., a proven NSAID oral capsule with over 40 years of clinician use.**

| | |
|---|---|
| **FDA Name:** | **Fenoprofen Calcium, 400mg** |
| **Active Ingredient:** | **Fenoprofen Calcium** |
| **NDC:** | **15014-0400-60** |
| **AWP:** | **$1,495.09** |
| **Dating:** | **2 years** |
| **Package:** | **60ct Bottles** |
| | ***Up to 120 Caps may be prescribed.*** |

## Questions:  fjm@gentexrx.com

## *Wholesale Availability at: Wellgistics.*

# ENTEX T®

## (pseudoephedrine and guaifenesin)

---

## . AVAILABLE NOW – *MAXIMUM PHARMACY PROFITABILITY*

**Gentex Pharma is pleased to offer Entex T® (pseudoephedrine and guaifenesin) oral tablets, a proven expectorant and decongestant.**

| | |
|---|---|
| **FDA Name:** | **Entex T** |
| **Active Ingredient:** | **Pseudoephedrine-Guaifenesin Oral Tabs** |
| **NDC:** | **66992-0281-30** |
| **AWP:** | **$585.00** |
| **Dating:** | **2 years** |
| **Package:** | **30ct. Bottles** |

## Questions:  fjm@gentexrx.com

## *Wholesale Availability at: Wellgistics, Redmond and Greer, Real Value Rx, Safe Chain*

Co-Pay Savings up to $75

**BIN# 600428**            **Group# 06780131**
**PCN# 0678000**          **ID# 19062468510**

- **Entex T:  NDC# 66992-0281-30**
- **Fenoprofen Calcium, 400mg:  NDC# 15014-0400-60**
- **HyGel™ Topical NDC# 15014-0105-40**
- **HiDex® 6-Day NDC# 15014-0211-21**
- **Cetraxal® NDC# 66992-0450-14**

**EXHIBIT B**

9/19/2019                                    News Room | Xspire Pharma



# News Room

## For Immediate Release – Xspire Pharma Files Utility Patent for Pharmaceutical Formulation

**November 15, 2013**

Xspire Pharma, a privately held pharmaceutical company, has filed a utility patent as a follow up to its provisional patent application, for the active ingredients (isomeptene mucate, caffeine, and acetaminophen) in combination with each other. The filing is based on the formulation of active ingredients together in a solid dosage form, based on certain percentages, and intended for oral consumption. Xspire Pharma currently holds a patent pending status for this formulation but is excited about its chances to receive an issued patent number from the USPTO. "We have worked diligently with the best patent team to make this a reality and look forward to the completed review and issue of our patent," said Ford Mundy.

**Legal Disclaimer:**

It may take two or more years for the USPTO to review your application and determine whether to issue the patent. An issued patent starts protecting your invention as of its filing date with the USPTO. If you have filed a Provisional Application for Patent relating to the same invention, and your Non-Provisional Utility Patent Application is filed within 12 months of your Provisional Application, your filing date will be the filing date of your Provisional Application. If granted, legal action will be taken from patent issue date, back to the date of provisional patent application.

## For Immediate Release – Xspire Pharma Launches SAVER EXPRESS for Nalfon.

**November 20th, 2014**

Xspire Pharma, a privately help pharmaceutical company, has launched SAVER EXPRESS™ for Nationwide Mail-Order Distribution of Nalfon (fenoprofen calcium) 400 mg Capsules. The program will allow Nalfon to be prescribed from any licensed Healthcare Provider in the United States and shipped via Next Day Shipping. The SAVER

EXPRESS™ program will also provide Nalfon to patients with the maximum allowed saving to ensure the best price. To learn more about this program, please email customerservice@xspirerx.com (mailto:customerservice@xspirerx.com).

# For Immediate Release – FDA Approval of Butalbital, Acetaminophen, Caffeine Capsules

### August 8th, 2017

Xspire Pharma, a privately help pharmaceutical company, today received FDA Approval for ANDA Butalbital, Caffeine, Acetaminophen Capsules. The generic will be available immediately Nationwide and is AB rated to Fioricet Capsules. To learn more about this program, please email customerservice@xspirerx.com (mailto:customerservice@xspirerx.com).



# Latest News

For Immediate Release – FDA Approval of Butalbital, Acetaminophen, Caffeine Capsules (?page_id=7)

For Immediate Release – Xspire Pharma Launches SAVER EXPRESS for Nalfon. (?page_id=7)



(http://www.xspirerx.com/fenoprofen-calcium-usp-600-mg-tablets/)

6019909497
info@xspirerx.com (mailto:info@xspirerx.com)

© COPYRIGHT 2015 ALL RIGHTS RESERVED. | XSPIRE PHARMA | SITEMAP (HTTP://WWW.XSPIRERX.COM/SITEMAP.XML)
WEB DESIGN BY PROFESSIONAL WEBSITE DESIGN (HTTP://WWW.WEBCREATIONUS.COM/) - WEBCREATIONUS

**EXHIBIT C**

10/2/2019



# DELBERT HOSEMANN
## Secretary of State

## This is not an official certificate of good standing.

### Name History

| Name | Name Type |
|------|-----------|
| Xspire Pharma, LLC | Legal |
| X-Spire, LLC | Previous Legal |

### Business Information

| | |
|---|---|
| **Business Type:** | Limited Liability Company |
| **Business ID:** | 993117 |
| **Status:** | Good Standing |
| **Effective Date:** | 12/15/2011 |
| **State of Incorporation:** | Mississippi |
| **Principal Office Address:** | 121 Marketridge Drive, Suite B Ridgeland, MS 39157 |

### Registered Agent

**Name**

Mundy, Ford J
121 Marketridge Drive
Ridgeland, MS 39157

### Officers & Directors

| Name | Title |
|------|-------|
| Ford J Mundy 170 Johnstone Drive Madison, MS 39110 | Manager, Member, President |
| R. Patrick McCraney 800 Woodlands Parkway, Suite 107, Ridgeland, Ms 39157PO Box 2305 Madison, MS 39130 | Other |

1/

# **EXHIBIT D**

10/2/2019



# DELBERT HOSEMANN
## *Secretary of State*

This is not an official certificate of good standing.

### Name History

| Name | Name Type |
|------|-----------|
| Gentex Pharma, LLC | Legal |

### Business Information

| | |
|------|------|
| **Business Type:** | Limited Liability Company |
| **Business ID:** | 872364 |
| **Status:** | Good Standing |
| **Effective Date:** | 05/13/2005 |
| **State of Incorporation:** | Mississippi |
| **Principal Office Address:** | |

### Registered Agent

**Name**

Ford J Mundy
121 Marketridge Drive, Suite C
Ridgeland, MS 39157

### Officers & Directors

| Name | Title |
|------|-------|
| Heath Wray<br>121 Marketridge Drive, Suite - C<br>Ridgeland, MS 39157 | Manager |
| Linda Dove<br>PO Box 1724<br>Madison, MS 39130 | Secretary |

**EXHIBIT E**

D&B Market Identifiers: GENTEX PHARMA, LLC



Decide with Confidence

D&B Market Identifiers

D&B Market Identifiers: GENTEX PHARMA, LLC

## Source Information

D&B Completed Analysis:

08/25/2019

Current Date:

10/02/2019

## Company Information

DUNS:

62-575-2014

Name:

GENTEX PHARMA, LLC

Related Name(s):

GENTEXPHARMA

Address:

121 MARKETRIDGE DR STE C
RIDGELAND, MS 39157-6027

County:

MADISON

Telephone:

601-990-9497

Year Started:

2005

## Executive(s) Information

1.
         Executive Name:

FORD MUNDY

         Executive Title:

PRESIDENT

2.
         Executive Name:

D&B Market Identifiers: GENTEX PHARMA, LLC

Sales Information:

Annual Sales Revision Date:

06/01/2019

Annual Sales (US):

$200,000 -ESTIMATED

1-Yr-Ago:

$ NOT AVAILABLE

3-Yr-Ago:

$ NOT AVAILABLE
Employee Information

Employees Total:

2

1-Yr-Ago:

2

3-Yr-Ago:

8

Employees Here:

2 -ACTUAL

Employment Growth:

(75)%
Company History/Operations/Relationships &

Other Information

This Company's Specifics:

DUNS:

62-575-2014

MSA Code:

3560

D&B Market Identifiers: GENTEX PHARMA, LLC

---

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

End of Document        © 2019 Thomson Reuters. No claim to original U.S. Government Works.

**EXHIBIT F**

National Provider Identifier Registry: GENTEX PHARMA

National Provider Identifier Registry Record

National Provider Identifier Registry: GENTEX PHARMA

## Source Information

Information Current Through:

09/14/2019

Database Last Updated:

09/16/2019

Update Frequency:

BI-MONTHLY

Current Date:

10/02/2019
## Provider Information:

Organization Name(LBN):

GENTEX PHARMA

Doing Business As:

GENTEX PHARMA LLC

Organization Subpart:

NO
## Authorized Official Information

Name:

FORD JENNINGS MUNDY, PERSON IN CHARGE

Title/Position:

OWNER

Phone Number:

870-243-1687
## NPI Information

NPI:

1114373586

Entity Type:

ORGANIZATION

National Provider Identifier Registry: GENTEX PHARMA

## Provider Business Practice Location Address

Address:

121 MARKETRIDGE DR
SUITE C
RIDGELAND, MS 39157-6027
US

Phone Number:

601-990-9497

Fax Number:

601-510-9318

## Provider Taxonomy

Primary Taxonomy:

PRIMARY TAXONOMY LICENSE

Selected Taxonomy:

332900000X - SUPPLIERS - NON-PHARMACY
DISPENSING SITE

State:

MS

License Number:

06677/6.1

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

End of Document © 2019 Thomson Reuters. No claim to original U.S. Government Works.

**EXHIBIT G**

10/2/2019               Contact Us

Home      About Us      Contact Us      Pro

## Our Address

Madison, MS 39130, United States
Fax (601) 510-9318
customerservice@gentexrx.com

## Request Info or

Name: *

Email: *

☐ Check here to receive email

Subject: *

Message: *

Submit

## Contact Gentex Pharma

Phone: (972) 203-7301      Fax: (601) 510-9318
Madison, MS 39130, United States      customerservice@gentexrx.com

St

# **EXHIBIT H**

# Our Products

Our prescription medicines include treatments for a wide range of ailments such as skin conditions, neurological diseases, upper and lower respiratory, and otic infections. Our medicines are more common in certain areas of the US, but may be received Nationwide. Some of our brands include but are not limited to HyGel, NuOx, NuCort, Prodrin, Levacet, Entex T, Vazotab, among others.

Regulations restrict the type of information that a company can provide about prescription medicines. Therefore we do not provide medical information on this website but operate a range of sites for healthcare professionals and consumers where you will find information on our medicines.

# **EXHIBIT I**

10/2/2019                                    Contact Us | Xspire Pharma



# Contact Us

**Xspire Pharma, LLC**

Corporate Headquarters

PO Box 1724

Madison, MS. 39110

T: (601) 990-9497

F: (601) 510-9318

customerservice@xspirerx.com

**Business Development Inquiries**

Ford Mundy (fmundy@xspirerx.com)



## Latest News

For Immediate Release – FDA Approval of Butalbital, Acetaminophen, Caffeine Capsules (?page_id=7)

For Immediate Release – Xspire Pharma Launches SAVER EXPRESS for Nalfon. (?page_id=7)

10/2/2019                                    Contact Us | Xspire Pharma



(http://www.xspirerx.com/fenoprofen-calcium-usp-600-mg-tablets/)

🐦    f    g⁺    in

6019909497
info@xspirerx.com (mailto:info@xspirerx.com)

© COPYRIGHT 2015 ALL RIGHTS RESERVED. | XSPIRE PHARMA | SITEMAP (HTTP://WWW.XSPIRERX.COM/SITEMAP.XML)
WEB DESIGN BY PROFESSIONAL WEBSITE DESIGN (HTTP://WWW.WEBCREATIONUS.COM/) - WEBCREATIONUS

**EXHIBIT J**



# Brands

## CURRENT BRANDS AND REGISTERED TRADEMARKS:

Nalfon® (fenoprofen calcium) 400mg Oral Capsules & 600mg Oral Tablets (http://www.xspirerx.com/nalfon-fenoprofen-calcium-capsules-200-400-mg/)

ENTEX® (http://www.xspirerx.com/entex/)

VOPAC® (http://www.xspirerx.com/vopac/)

LEVALL® (http://www.xspirerx.com/levall/)

DURADRIN® (http://www.xspirerx.com/duradrin/)

MIGRALAM® (http://www.xspirerx.com/migralam/)

TaperDex® (dexamethasone) 1.5 mg Therapy Packs (http://www.xspirerx.com/zodex-dexamethasone-1-5-mg-tablets/)

//

## Latest News

For Immediate Release – FDA Approval of Butalbital, Acetaminophen, Caffeine Capsules (?page_id=7)

For Immediate Release – Xspire Pharma Launches SAVER EXPRESS for Nalfon. (?page_id=7)

(http://www.xspirerx.com/dihydrocodeine-bitartrate-acetaminophen-caffeine-capsules/)



6019909497
info@xspirerx.com (mailto:info@xspirerx.com)

© COPYRIGHT 2015 ALL RIGHTS RESERVED. | XSPIRE PHARMA | SITEMAP (HTTP://WWW.XSPIRERX.COM/SITEMAP.XML)
WEB DESIGN BY PROFESSIONAL WEBSITE DESIGN (HTTP://WWW.WEBCREATIONUS.COM/) - WEBCREATIONUS

## **EXHIBIT K**

10/2/2019            KEGG DRUG: Fenoprofen calcium

## KEGG    DRUG: Fenoprofen calcium

[ Help ]

| Entry | D00968 | Drug |
|---|---|---|
| Name | Fenoprofen calcium (JAN/USP);<br>Nalfon (TN) | |
| Product | FENOPROFEN (Bryant Ranch Prepack), FENOPROFEN CALCIUM (BPI Labs LLC), FENOPROFEN (Belcher Pharmaceuticals), NALFON (Bryant Ranch Prepack), NALFON (Bryant Ranch Prepack), NALFON (Bryant Ranch Prepack), FENOPROFEN CALCIUM (Burke Therapeutics), NALFON (Proficient Rx LP), FENOPROFEN CALCIUM (Sterling Knight Pharmaceuticals), NALFON (Xspire Pharma) | |
| Generic | FENOPROFEN CALCIUM (A-S Medication Solutions), FENOPROFEN CALCIUM (Aidarex Pharmaceuticals LLC), FENOPROFEN CALCIUM (Bryant Ranch Prepack), FENOPROFEN CALCIUM (Bryant Ranch Prepack), FENOPROFEN CALCIUM (Gentex Pharma), FENOPROFEN CALCIUM (Mylan Pharmaceuticals), FENOPROFEN CALCIUM (Xspire Pharma), NALFON (Xspire Pharma), FENOPROFEN CALCIUM (Xspire Pharma), FENORTHO (Sterling Knight Pharmaceuticals LLC) | |
| Formula | (C15H13O3)2. Ca. 2H2O | |
| Exact mass | 558.1567 | |
| Mol weight | 558.6324 | |
| Structure | <br>D00968<br>[ Mol file ] [ KCF file ] [ DB search ] | |
| Simcomp | [ Neighbor ] | |
| Class | Anti-inflammatory<br> DG01908  Anti-inflammatory drug, propionic acid derivatives<br> DG01504  Nonsteroidal anti-inflammatory drug (NSAID)<br>  DG01908  Anti-inflammatory drug, propionic acid derivatives | |
| Remark | ATC code: M01AE04<br>Chemical structure group: DG00754<br>Product (DG00754): D00968<US> | |
| Efficacy | Analgesic, Anti-inflammatory, COX inhibitor | |
| Disease | Rheumatoid arthritis [DS:H00630] | |
| Comment | Propionic acid derivative | |
| Target | PTGS1 (COX1) [HSA:5742] [KO:K00509]<br>PTGS2 (COX2) [HSA:5743] [KO:K11987] | |
| Pathway | hsa00590  Arachidonic acid metabolism | |
| Interaction | [ DDI search ] | |
| Structure map | map07219  Cyclooxygenase inhibitors | |
| Brite | Anatomical Therapeutic Chemical (ATC) classification [BR:br08303]<br> M MUSCULO-SKELETAL SYSTEM<br>  M01 ANTIINFLAMMATORY AND ANTIRHEUMATIC PRODUCTS<br>   M01A ANTIINFLAMMATORY AND ANTIRHEUMATIC PRODUCTS, NON-STEROIDS<br>    M01AE Propionic acid derivatives<br>     M01AE04 Fenoprofen<br>      D00968  Fenoprofen calcium (JAN/USP) <US><br> USP drug classification [BR:br08302]<br>  Analgesics<br>   Nonsteroidal Anti-inflammatory Drugs<br>    Fenoprofen<br>     D00968  Fenoprofen calcium (JAN/USP)<br>  Anti-inflammatory Agents<br>   Nonsteroidal Anti-inflammatory Drugs<br>    Fenoprofen | |

### All links

Ontology (3)
  KEGG BRITE (3)
Pathway (1)
  KEGG PATHWAY (1)
Disease (1)
  KEGG DISEASE (1)
Drug (4)
  KEGG DGROUP (1)
  CHEMBL (1)
  LigandBox (1)
  SIDER (1)
Chemical substance (3)
  PubChem (1)
  ChEBI (1)
  NIKKAJI (1)
Gene (4)
  KEGG ORTHOLOGY (2)
  KEGG GENES (2)
All databases (16)

Download RDF

```
        D00968  Fenoprofen calcium (JAN/USP)
 Target-based classification of drugs [BR:br08310]
  Enzymes
   Oxidoreductases (EC1)
    Prostaglandin synthase
     PTGS1 (COX1)
       D00968  Fenoprofen calcium (JAN/USP) <US>
     PTGS2 (COX2)
       D00968  Fenoprofen calcium (JAN/USP) <US>
```

| BRITE hierarchy | |
|---|---|
| Other DBs | CAS: 53746-45-5<br>PubChem: 7848031<br>ChEBI: 5005<br>ChEMBL: CHEMBL2103736<br>DrugBank: DB00573<br>LigandBox: D00968<br>NIKKAJI: J2.207.098C |
| KCF data | Show |

» Japanese version   » Back

DBGET integrated database retrieval system



## LABEL: FENOPROFEN CALCIUM- fenoprofen calcium tablet, film coated

### VIEW PACKAGE PHOTOS



**NDC Code(s):** 42195-471-01
**Packager:** Xspire Pharma, Llc

**Category:** HUMAN PRESCRIPTION DRUG LABEL
**DEA Schedule:** None
**Marketing Status:** Abbreviated New Drug Application

## DRUG LABEL INFORMATION

Updated January 10, 2019

If you are a consumer or patient please visit this version.

VIEW ALL SECTIONS

### BOXED WARNING (WHAT IS THIS?)

Cardiovascular Thrombotic Events

• Nonsteroidal anti-inflammatory drugs (NSAIDs) cause an increased risk of serious cardiovascular thrombotic events, including myocardial infarction and stroke, which can be fatal. This risk may occur early in treatment and may increase with duration of use (see WARNINGS and PRECAUTIONS).

• Fenoprofen calcium tablets are contraindicated in the setting of coronary artery bypass graft (CABG) surgery (see CONTRAINDICATIONS and WARNINGS).

Gastrointestinal Risk

• NSAIDs cause an increased risk of serious gastrointestinal adverse events including bleeding, ulceration and perforation of stomach or intestines, which can be fatal. These events can occur at any time during use and without warning symptoms. Elderly patients are at greater risk for serious gastrointestinal events (see WARNINGS).

CLOSE

### DESCRIPTION

Fenoprofen calcium is a nonsteroidal, anti-inflammatory, antiarthritic drug. Chemically, fenoprofen calcium is an arylacetic acid derivative. The structural formula is as follows ...

## CLINICAL PHARMACOLOGY

Fenoprofen calcium is a nonsteroidal, anti-inflammatory, antiarthritic drug that also possesses analgesic and antipyretic activities. Its exact mode of action is unknown, but it is ...

## INDICATIONS AND USAGE

Carefully consider the potential benefits and risks of fenoprofen calcium tablets, USP and other treatment options before deciding to use fenoprofen calcium tablets. Use the lowest ...

## CONTRAINDICATIONS

Fenoprofen calcium tablets are contraindicated in patients who have shown hypersensitivity to fenoprofen calcium. Fenoprofen should not be given to patients who have experienced ...

## WARNINGS

Cardiovascular Effects - Cardiovascular Thrombotic Events Clinical trials of several COX-2 selective and nonselective NSAIDs of up to 3 ...

## PRECAUTIONS

General - Fenoprofen cannot be expected to substitute for corticosteroids or to treat corticosteroid insufficiency. Abrupt discontinuation of corticosteroids may lead ...

## ADVERSE REACTIONS

During clinical studies for rheumatoid arthritis, osteoarthritis or mild to moderate pain and studies of pharmacokinetics, complaints were compiled from a checklist of potential adverse ...

## OVERDOSAGE

Signs and Symptoms - Symptoms of overdose appear within several hours and generally involve the gastrointestinal and central nervous systems. They include dyspepsia ...

## DOSAGE AND ADMINISTRATION

Carefully consider the potential benefits and risks of fenoprofen calcium tablets and other treatment options before deciding to use fenoprofen calcium tablets. Use the lowest effective ...

## HOW SUPPLIED

Fenoprofen Calcium Tablets, USP are available containing fenoprofen calcium, USP equivalent to 600 mg fenoprofen. The 600 mg tablet is an orange film-coated, capsule-shaped tablet ...

## MEDICATION GUIDE FOR NONSTEROIDAL ANTI-INFLAMMATORY DRUGS (NSAIDS )

What is the most important information I should know about medicines called Nonsteroidal Anti-inflammatory Drugs (NSAIDs)? NSAIDs can cause ...

## SPL UNCLASSIFIED SECTION

Rx only - Keep container tightly closed. Keep this and all medication out of the reach of children. Protect from light. Usual Adult Dosage: See accompanying prescribing ...

## PACKAGING

10/2/2019            DailyMed - FENOPROFEN CALCIUM- fenoprofen calcium tablet, film coated



NDC 42195-471-01

**Fenoprofen Calcium Tablets, USP**

**600 mg**

Each film-coated tablet contains fenoprofen calcium, USP equivalent to 600 mg of fenoprofen

**PHARMACIST:** Dispense the accompanying Medication Guide to each patient.

Rx only       100 Tablets

Dispense in a tight, light-resistant container as defined in the USP using a child-resistant closure.
Keep container tightly closed.
Keep this and all medication out of the reach of children.
Store at 20° to 25°C (68° to 77°F). [See USP Controlled Room Temperature.]
Protect from light.
Usual Adult Dosage: See accompanying prescribing information.
Manufactured for:

**Xspire** Pharma
Ridgeland, MS 39157

Rev. 03/2018
400905-02

## INGREDIENTS AND APPEARANCE

Product Information

VIEW ALL SECTIONS

----------------------------------------------------------------------------------------------------

FIND ADDITIONAL RESOURCES (also available in the left menu)

**SAFETY**

Boxed Warnings, Report Adverse Events, FDA Safety Recalls, Presence in Breast Milk

**RELATED RESOURCES**

Medline Plus, Clinical Trials, PubMed, Biochemical Data Summary

**MORE INFO ON THIS DRUG**

View Label Archives, RxNorm, Get Label RSS Feed





# LABEL: FENOPROFEN CALCIUM- fenoprofen calcium capsule

---

## VIEW PACKAGE PHOTOS



**NDC Code(s):** 15014-400-60, 15014-400-90
**Packager:** Gentex Pharma

**Category:** HUMAN PRESCRIPTION DRUG LABEL
**DEA Schedule:** None
**Marketing Status:** New Drug Application Authorized Generic

## DRUG LABEL INFORMATION

Updated February 13, 2019

If you are a consumer or patient please visit this version.

---

VIEW ALL SECTIONS

### BOXED WARNING (WHAT IS THIS?)

---

#### WARNING: RISK OF SERIOUS CARDIOVASCULAR AND GASTROINTESTINAL EVENTS

Cardiovascular Risk

• Non-Steroidal Anti-Inflammatory Drugs (NSAIDs) may cause an increased risk of serious cardiovascular thrombotic events, myocardial infarction, and stroke, which can be fatal. This risk may increase with duration of use. Patients with cardiovascular disease or risk factors for cardiovascular disease may be at greater risk (see WARNINGS).

• Nalfon® is contraindicated for the treatment of peri-operative pain in the setting of coronary artery bypass graft (CABG) surgery (see WARNINGS).

Gastrointestinal Risk

• NSAIDs cause an increased risk of serious gastrointestinal adverse events including bleeding, ulceration, and perforation of stomach or intestines, which can be fatal. These events can occur at any time during use and without warning symptoms. Elderly patients are at greater risk for serious gastrointestinal events (see WARNINGS).

**CLOSE**

---

## DESCRIPTION

Fenoprofen calcium capsules, USP is a nonsteroidal, anti-inflammatory, antiarthritic drug. Fenoprofen calcium capsules contain fenoprofen calcium as the dihydrate in an amount equivalent …

## CLINICAL PHARMACOLOGY

Fenoprofen calcium is a nonsteroidal, anti-inflammatory, antiarthritic drug that also possesses analgesic and antipyretic activities. Its exact mode of action is unknown, but it is …

## INDICATIONS AND USAGE

Carefully consider the potential benefits and risks of Fenoprofen calcium and other treatment options before deciding to use Fenoprofen calcium. Use the lowest effective dose for the …

## CONTRAINDICATIONS

Fenoprofen calcium is contraindicated in patients who have shown hypersensitivity to fenoprofen calcium. Fenoprofen calcium should not be given to patients who have experienced asthma …

## WARNINGS

CARDIOVASCULAR EFFECTS Cardiovascular Thrombotic Events Clinical trials of several COX-2 selective and nonselective NSAIDs of up to three years …

## PRECAUTIONS

General - Fenoprofen calcium cannot be expected to substitute for corticosteroids or to treat corticosteroid insufficiency. Abrupt discontinuation of corticosteroids …

## ADVERSE REACTIONS

During clinical studies for rheumatoid arthritis, osteoarthritis, or mild to moderate pain and studies of pharmacokinetics, complaints were compiled from a checklist of potential adverse …

## OVERDOSAGE

Signs and Symptoms—Symptoms of overdose appear within several hours and generally involve the gastrointestinal and central nervous systems. They include dyspepsia, nausea, vomiting …

## DOSAGE AND ADMINISTRATION

Carefully consider the potential benefits and risks of Fenoprofen calcium and other treatment options before deciding to use Fenoprofen calcium. Use the lowest effective dose for the …

## HOW SUPPLIED

Fenoprofen calcium (fenoprofen calcium capsules, USP) are available in: The 200 mg* capsule is opaque yellow No. 97 cap and opaque white body, imprinted with "RX681" on the cap and …

## ATTENTION DISPENSER: ACCOMPANYING MEDICATION GUIDE MUST BE DISPENSED WITH THIS PRODUCT.

Fenoprofen calcium capsules - generic name: fenoprofen calcium - Medication Guide For Non-Steroidal Anti-Inflammatory Drugs (NSAIDs) (See the end of this Medication Guide for a …

## PACKAGING

10/2/2019      DailyMed - FENOPROFEN CALCIUM- fenoprofen calcium capsule





## INGREDIENTS AND APPEARANCE

Product Information

VIEW ALL SECTIONS

----------------------------------------------------------------------------------------------------

FIND ADDITIONAL RESOURCES (also available in the left menu)

SAFETY

Boxed Warnings, Report Adverse Events, FDA Safety Recalls, Presence in Breast Milk

RELATED RESOURCES

Medline Plus, Clinical Trials, PubMed, Biochemical Data Summary

MORE INFO ON THIS DRUG

View Label Archives, RxNorm, Get Label RSS Feed

DailyMed - FENOPROFEN CALCIUM- fenoprofen calcium capsule



# **EXHIBIT L**





| HOME | COMPANY | PRODUCTS | PRESS ROOM | RESOURCES | CAREERS | ORDER SAMPLES | THE BOSS LOGON | CONTACT |

## CONTACT US

### WraSer Pharmaceuticals
**121 Marketridge RD, Ridgeland MS 39157**
**Phone (601) 605-0664**
**Fax (601) 605-0135**

E-mail: CustomerService@wraser.com

**For information on product partnering or investment opportunities with WraSer Pharmaceuticals please contact:**

Ford Mundy: fmundy@wraser.com

*2013: WraSer Pharmaceuticals is actively seeking outbound co-promotions and licensing of its current and pipeline medications.*

**For medical questions, adverse drug experience reporting, or any other product related questions please contact our Medical Information Department.**

Email: medicalinfo@wraser.com

**WE VALUE YOUR COMMENTS:**

Please provide us with the most up to date information as well as any comments or details.

**Your Name:**

**Email:**

**Telephone:**

**Region:**
Nearest Metropolitan City

**Comments:**

Submit



Copyright C 2002-2010 WraSer LLC. All rights reserved.
This information is intended only for residents of the United States. Please speak with a healthcare provider before starting any medication.
Hosted by U.S.NEXT