# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC., on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) | 19 cv 5919 |
| v. | ) ) | Hon. John Robert Blakey |
| XSPIRE PHARMA, LLC, doing business as Saver Express; GENTEX PHARMA, LLC; WRASER, LLC; and JOHN DOES 1-10, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Glen Ellyn Pharmacy, Inc., through its attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby informs this Court that the Parties have reached a class wide settlement in principle which, if approved, will resolve the case in its entirety. The Class Settlement Agreement will require preliminary and final approval from the Court as well as notice to the class members. Plaintiff expects to complete the settlement and related documents for the Court's approval within the next 45 days.

In light of the settlement, the Parties request that this Court strike all pending dates and deadlines and the matter be set out at least 60 days from this filing, on a date and time that is convenient for the Court for presentment of Plaintiff's Motion for Preliminary Approval of Class Settlement.

.

Respectfully submitted,

/s/ *Dulijaza Clark*
Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, hereby certify that on November 16, 2020, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which shall send notification of such filing to all counsel of record.

                                                  s/ *Dulijaza Clark*
                                                  Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com